Roger Netzer
James C. Dugan
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York  10019
(212) 728-8000

*Counsel for the Debtors and Debtors in Possession*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MPM Silicones, LLC, et al.,[1] | : | Case No. 14-22503 |
| | : | (RDD) |
| Debtors. | : | (Jointly Administered) |
| _____ | : | |
| | : | |
| MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC. | : : : : : : : : : : : : : : | Adversary Proceeding No. 14-08227 (RDD) |
| | : | |
| Plaintiffs/Counterclaim-Defendants, | : | |
| | : | |
| v. | : | |
| | : | |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Juniper Bond Holdings I LLC (9631), Juniper Bond Holdings II LLC (9692), Juniper Bond Holdings III LLC (9765), Juniper Bond Holdings IV LLC (9836), Momentive Performance Materials China SPV Inc. (8469), Momentive Performance Materials Holdings Inc. (8246), Momentive Performance Materials Inc. (8297), Momentive Performance Materials Quartz, Inc. (9929), Momentive Performance Materials South America Inc. (4895), Momentive Performance Materials USA Inc. (8388), Momentive Performance Materials Worldwide Inc (8357), and MPM Silicones, LLC (5481).

| | |
|---|---|
| BOKF, N.A., solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020, | : : : : : |
| Defendant/Counterclaim-Plaintiff. | : : : |
| ---------------------------------------------------------------- X | |
| MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC. | : : : : : : : : : : : : : : Adversary Proceeding No. 14-08228 (RDD) |
| Plaintiffs, v. | : : : |
| WILMINGTON TRUST, N.A., solely as Trustee for the Momentive Performance Materials Inc. 10% Senior Secured Notes due 2020, | : : : : |
| Defendant. | : |
| ----------------------------------------------------------------X | |

## DEBTORS' COUNTER-DESIGNATION OF THE RECORD ON APPEAL PURSUANT TO BANKRUPTCY RULE 8006

Debtors Momentive Performance Materials Inc. ("**MPM**"), Momentive Performance Materials Worldwide Inc., Momentive Performance Materials USA Inc., Juniper Bond Holdings I LLC, Juniper Bond Holdings II LLC, Juniper Bond Holdings III LLC, Juniper Bond Holdings IV LLC, Momentive Performance Materials Quartz, Inc., MPM Silicones, LLC, Momentive Performance Materials South America Inc., and Momentive Performance Materials China SPV

Inc. (collectively, the "**Debtors**"),[2] by and through their undersigned counsel, respectfully submits this Counter-Designation of the Record on Appeal Pursuant to Bankruptcy Rule 8006 in response to the Designation Of Record By Appellants The First Lien and 1.5 Lien Trustees Pursuant to Federal Rule of Bankruptcy Procedure 8006, dated September 15, 2014 [Dkt. 1014], submitted by the First Lien Trustee and the 1.5 Lien Trustee (collectively the "**Trustees**").

The Debtors submit that the items counter-designated below are to be designated in addition to the items designated by the Trustees. The Debtors reserve their right to designate additional items for inclusion in the record. For items designated, the designation includes all documents referenced with the particular document number including, without limitation, all statements, appendices, exhibits, attachments, declarations, and affidavits related thereto.

**Counter-Designation of Contents of the Record on Appeal**

1. Ad Hoc Committee Joinder to Opening Brief in Support of Plan Confirmation and Declaratory Judgment Actions [Docket No. 678].

2. Joinder in Debtors' Omnibus Reply to Cramdown Objections to the Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. 869].

3. Supplemental Memorandum of Law in Support of Reply of Ad Hoc Committee of Second Lien Noteholders to (I) Objection of BOKF, NA, as First Lien Successor Trustee, to Debtors' Joint Chapter 11 Plan and (II) Objection of Wilmington Trust, National Association, as Indenture Trustee, to Confirmation of Debtors' Proposed Joint Chapter 11 Plan of Reorganization [Docket No. 896].

4. Declaration of William H. Carter dated August 12, 2014.

5. Declaration of William Q. Derrough dated August 15, 2014 (Releases).

---

[2] The Ad Hoc Committee of Second Lien Noteholders and Apollo Global Management LLC and certain of its affiliated funds hereby join in these designations.

6. Declaration of William Q. Derrough dated August 15, 2014 (Cramdown).

7. Joint designations from the depositions of William Carter (dated June 4, 2014 and July 24, 2014), Zul Jamal (dated July 22, 2014), and David Sambur (dated July 21, 2014) submitted in connection with Confirmation.

Dated: September 15, 2014

WILLKIE FARR & GALLAGHER LLP

By: _/s/ Roger Netzer_
Roger Netzer
James C. Dugan
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000
rnetzer@willkie.com
jdugan@willkie.com

*Counsel for the Debtors and Debtors in Possession*

MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP

By: _/s/ Michael L. Hirschfeld_
Dennis F. Dunne
Michael L. Hirschfeld
Samuel A. Khalil
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
ddunne@milbank.com
mhirschfeld@milbank.com
skhalil@milbank.com

*Counsel for Ad Hoc Committee of Second Lien Noteholders*

AKIN GUMP STRAUSS HAUER & FELD LLP

By:    */s/ Brian T. Carney*_____
Ira S. Dizengoff
Philip C. Dublin
Deborah J. Newman
Brian T. Carney
One Bryant Park
New York, NY 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
idizengoff@akingump.com
pdublin@akingump.com
djnewman@akingump.com
bcarney@akingump.com

*Counsel for Apollo Global Management, LLC and certain of its affiliated funds*