UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| In re: | |
| MPM Silicones, LLC, et al., | |
| Debtors. | Case No. 14-7492 |
| BOKF, NA, solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020, | Appeal from Chapter 11 Case No. 14-22503 Adversary Proceedings No. 14-08227 No. 14-08228 |
| Appellants, | |
| v. | |
| MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC., | |
| Appellees. | |

# APPENDIX TO BRIEF FOR APPELLANTS

TABLE OF CONTENTS

---

1. Exhibit A: Corrected and Modified Bench Ruling

2. Exhibit B: Findings of Fact and Conclusions of Law Confirming Plan

3. Exhibit C: Indentures

    Exhibit C-1:   First Lien Indenture

    Exhibit C-2:   1.5 Lien Indenture

4. Exhibit D: Augustine Declaration (FILED UNDER SEAL)

5. Exhibit E: Derrough Report (FILED UNDER SEAL)

.