# EXHIBIT D

## Filed under seal pursuant to Court order