# EXHIBIT E

# Filed under seal pursuant to Court order