UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| MPM Silicones, LLC, et al., | : | Case No. 14-7492 (VB) |
| | : | |
| Debtors. | : | Appeal from Chapter 11 |
| _____ | : | Case No. 14-22503 (RDD) |
| | : | Adversary Proceedings |
| BOKF, NA, solely as Trustee for the MPM | : | No. 14-08227 (RDD) |
| Escrow LLC and MPM Finance Escrow Corp. | : | No. 14-08228 (RDD) |
| 8.875% First Priority Senior Secured Notes due | : | |
| 2020; WILMINGTON TRUST, NATIONAL | : | |
| ASSOCIATION, solely as Trustee for the | : | |
| Momentive Performance Materials Inc. 10% | : | |
| Senior Secured Notes due 2020, | : | |
| | : | |
| Appellants, | : | |
| | : | |
| v. | : | |
| | : | |
| MOMENTIVE PERFORMANCE MATERIALS | : | |
| INC., MOMENTIVE PERFORMANCE | : | |
| MATERIALS WORLDWIDE INC., | : | |
| MOMENTIVE PERFORMANCE MATERIALS | : | |
| USA INC., JUNIPER BOND HOLDINGS I LLC, | : | |
| JUNIPER BOND HOLDINGS II LLC, JUNIPER | : | |
| BOND HOLDINGS III LLC, JUNIPER BOND | : | |
| HOLDINGS IV LLC, MOMENTIVE | : | |
| PERFORMANCE MATERIALS QUARTZ, INC., | : | |
| MPM SILICONES, LLC, MOMENTIVE | : | |
| PERFORMANCE MATERIALS SOUTH | : | |
| AMERICA INC., MOMENTIVE | : | |
| PERFORMANCE MATERIALS CHINA SPV | : | |
| INC., | : | |
| Appellees. | X | |
| _____ | | |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel in this action for BOKF, NA, as First Lien Trustee.  I certify that I am admitted to practice in this court.

Dated: New York, New York
October 2, 2014

Respectfully submitted,

/s/ Danielle Spinelli_____
Danielle Spinelli
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6000
Fax: (202) 663-6363

*Attorney for BOKF, NA, as First Lien Trustee*