UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                          :
                                                                :
MPM Silicones, LLC, <u>et</u> <u>al</u>.,                       :     **ORDER**
                                                                :
                                                                :     14 CV 7492 (VB)
                      Debtors                                   :
----------------------------------------------------------- x
BOKF, NA, solely as Trustee for the MPM Escrow               :
LLC and MPM Finance Escrow Corp. 8.875% First               :
Priority Senior Secured Notes due 2020;                     :
WILMINGTON TRUST, NATIONAL                                  :
ASSOCIATION, solely as Trustee for the Momentive            :
Performance Materials Inc. 10% Senior Secured Notes         :
due 2020,                                                   :
                                                            :
                      Appellants,                           :
                                                            :
v.                                                          :
                                                            :
MOMENTIVE PERFORMANCE MATERIALS INC.,                       :
MOMENTIVE PERFORMANCE MATERIALS                             :
WORLDWIDE INC.; MOMENTIVE                                   :
PERFORMANCE MATERIALS USA INC.;                             :
JUNIPER BOND HOLDINGS I LLC; JUNIPER                        :
BOND HOLDINGS II LLC; JUNIPER BOND                          :
HOLDINGS III LLC; JUNIPER BOND HOLDINGS                     :
IV LLC; MOMENTIVE PERFORMANCE                               :
MATERIALS QUARTZ, INC.; MPM SILICONES,                      :
LLC; MOMENTIVE PERFORMANCE MATERIALS                        :
SOUTH AMERICA INC.; and MOMENTIVE                           :
PERFORMANCE MATERIALS CHINA SPV INC.,                       :
                      Appellees.                            :
-----------------------------------------------------------------x



   Appellants' motion for leave to file Exhibits D and E to the Appendix to the Brief for

Appellants under seal (Doc. #7) is GRANTED.

It is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth on the Court's website at:

   http://www.nysd.uscourts.gov/cases_records.php?records=sealed_records;

2. As soon as practicable, but in no event later than ten calendar days after having filed paper copies of the submitted materials, the submitting party shall electronically file with the Court, for its public file, a copy of the submitted materials with the Confidential Information redacted;

3. A full and unredacted courtesy copy of any submission of documents filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

The Clerk is directed to terminate the motion.  (Doc. #7).

Dated: October 3, 2014
       White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge

2