**WILMERHALE**

October 29, 2014

Philip D. Anker

+1 212 230 8890 (t)
+1 212 230 8888 (f)
philip.anker@wilmerhale.com

**VIA ECF**

Hon. Vincent Briccetti
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   *BOKF, NA et al. v. Momentive Performance Materials Inc. et al.*, Case No. 14-7492 (VB)

Dear Judge Briccetti:

  Appellants BOKF, NA and Wilmington Trust, National Association seek leave to submit a single reply brief of up to 20 pages in this matter.

  Appellees have filed a 38-page brief opposing Appellants' appeal of the Bankruptcy Court's order confirming Momentive's plan of reorganization, in which they advance arguments with respect to three separate determinations of the Bankruptcy Court. While Appellants will endeavor to respond to Appellees' arguments as concisely as possible, up to 20 pages may be needed to respond to Appellees' multiple arguments. Accordingly, Appellants request leave to file a reply brief of up to 20 pages.

  Appellants have conferred with Appellees, and Appellees have indicated that they do not object to this request.

              Respectfully submitted,

              /s/ Philip D. Anker

              Philip D. Anker

cc:  All Counsel of Record (via ECF)