UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>MPM SILICONES, LLC, *et al*.,[1]<br><br>  Reorganized Debtors. | Case Nos. 14-7471 (VB) & 14-7472 (VB)<br>Case No. 14-7492 (VB)<br><br>Confirmed<br><br>Judge Vincent L. Briccetti |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,<br><br>            Plaintiff/Appellant,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS INDENTURE TRUSTEE; MOMENTIVE PERFORMANCE MATERIALS INC.; JUNIPER BOND HOLDINGS I LLC; JUNIPER BOND HOLDINGS II LLC; JUNIPER BOND HOLDINGS III LLC; JUNIPER BOND HOLDINGS IV LLC; MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC.; MOMENTIVE PERFORMANCE MATERIALS HOLDINGS INC.; MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC.; MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC.; MOMENTIVE PERFORMANCE MATERIALS USA INC.; MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC.; AND MPM SILICONES, LLC,<br><br>            Defendants/Appellees. | **ORAL ARGUMENT REQUESTED**<br><br><br><br>Case No. 14-7471 (VB) & 14-7472 (VB) |

---

[1] The last four digits of the taxpayer identification numbers of the Reorganized Debtors follow in parentheses: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481).  The Reorganized Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

| | |
|---|---|
| BOKF, NA, solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020; WILMINGTON TRUST, NATIONAL ASSOCIATION, solely as Trustee for the Momentive Performance Materials Inc. 10% Senior Secured Notes due 2020,<br><br>                              Appellants,<br><br>v.<br><br>MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC.,<br><br>                              Appellees. | Case No. 14-7492 (VB) |

## NOTICE OF MOTION TO DISMISS APPEALS OF U.S. BANK, BOKF, NA AND WILMINGTON TRUST, N.A. AS EQUITABLY MOOT

PLEASE TAKE NOTICE that, upon the accompanying *Memorandum of Law in Support of the Motion of the Reorganized Debtors to Dismiss Appeals of U.S. Bank, BOKF, NA and Wilmington Trust, N.A. as Equitably Moot* and all declarations related thereto, the undersigned will move before the Honorable Vincent L. Briccetti, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse located at 300 Quarropas Street, White Plains, New York 10601, at a time and place to be scheduled by this

Court, for an order granting the *Motion of the Reorganized Debtors to Dismiss Appeals of U.S. Bank, BOKF, NA and Wilmington Trust, N.A. as Equitably Moot*.

Dated:   New York, New York
         November 11, 2014

                         WILLKIE FARR & GALLAGHER LLP
                         *Counsel for the Reorganized Debtors*

          By: /s/ James C. Dugan
                 Matthew A. Feldman
                 Roger Netzer
                 James C. Dugan
                 Jennifer J. Hardy

                 787 Seventh Avenue
                 New York, New York 10019
                 Telephone: (212) 728-8000
                 Facsimile: (212) 728-8111

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that, on November 11, 2014, I caused the Notice of Motion to Dismiss, Memorandum of Law and related Declarations to be filed and served by using the Court's CM/ECF system. I further certify that, on November 11, 2014, I caused the foregoing documents to be served on counsel of record via first-class mail and electronic mail at the following addresses:

Philip D. Anker, philip.anker@wilmerhale.com
William J. Perlstein, william.perlstein@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007

Danielle Spinelli, danielle.spinelli@wilmerhale.com
**Wilmer Cutler Pickering Hale and Dorr LLP**
1875 Pennsylvania Avenue NW
Washington, DC 20006

Michael J. Sage, Michael.Sage@dechert.com
Brian E. Greer, Brian.Greer@dechert.com
**Dechert LLP**
1095 Avenue of the Americas
New York, New York 10036-6797

G. Eric Brunstad, Jr., eric.brunstad@dechert.com
**Dechert LLP**
90 State House Square
Hartford, Connecticut 06103-3702

Mark R. Somerstein, mark.somerstein@ropesgray.com
Mark I. Bane, Mark.Bane@ropesgray.com
Michael S. Winograd, Michael.Winograd@ropesgray.com
**Ropes & Gray LLP**
1211 Avenue of the Americas
New York, NY 10036-8704

Stephen Moeller-Sally, SSally@ropesgray.com
Amanda Phillips, Amanda.Phillips@ropesgray.com
**Ropes & Gray LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Susheel Kirpalani, susheelkirpalani@quinnemaunel.com
Benjamin I. Finestone, benjaminfinestone@quinnemaunel.com
Robert Loigman, robertloigman@quinnemanuel.com
**Quinn Emmanuel Urquhart & Sullivan, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010

K. John Shaffer, johnshaffer@quinnemanuel.com
Matthew R. Scheck, matthewscheck@quinnemanuel.com
**Quinn Emmanuel Urquhart & Sullivan, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Clark Whitmore, clark.whitmore@maslon.com
Ana Chilingarishvili, ana.chilingarishvili@maslon.com
**Maslon Edelman Borman & Brand, LLP**
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
ana.chilingarishvili@maslon.com

By: /s/ James C. Dugan
     James C. Dugan