UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| MPM SILICONES, LLC, *et al.*,[1] | Case No. 14-22503 (RDD) |
| Reorganized Debtors. | Confirmed |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | |
| Plaintiff/Appellant, | |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS INDENTURE TRUSTEE; MOMENTIVE PERFORMANCE MATERIALS INC.; JUNIPER BOND HOLDINGS I LLC; JUNIPER BOND HOLDINGS II LLC; JUNIPER BOND HOLDINGS III LLC; JUNIPER BOND HOLDINGS IV LLC; MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC.; MOMENTIVE PERFORMANCE MATERIALS HOLDINGS INC.; MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC.; MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC.; MOMENTIVE PERFORMANCE MATERIALS USA INC.; MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC.; AND MPM SILICONES, LLC, | Case No. 14-7471 (VB) & 14-7472 (VB) |
| Defendants/Appellees. | |

---

[1] The Reorganized Debtors and the last four digits of their taxpayer identification numbers (in parentheses) are: (i) Juniper Bond Holdings I LLC (9631); (ii) Juniper Bond Holdings II LLC (9692); (iii) Juniper Bond Holdings III LLC (9765); (iv) Juniper Bond Holdings IV LLC (9836); (v) Momentive Performance Materials China SPV Inc. (8469); (vi) Momentive Performance Materials Holdings Inc. (8246); (vii) Momentive Performance Materials Inc. (8297); (viii) Momentive Performance Materials Quartz, Inc. (9929); (ix) Momentive Performance Materials South America Inc. (4895); (x) Momentive Performance Materials USA Inc. (8388); (xi) Momentive Performance Materials Worldwide Inc. (8357); and (xii) MPM Silicones, LLC (5481). The Reorganized Debtors' executive headquarters are located at 260 Hudson River Road, Waterford, NY 12188.

| | |
|---|---|
| BOKF, NA, solely as Trustee for the MPM Escrow LLC and MPM Finance Escrow Corp. 8.875% First Priority Senior Secured Notes due 2020; WILMINGTON TRUST, NATIONAL ASSOCIATION, solely as Trustee for the Momentive Performance Materials Inc. 10% Senior Secured Notes due 2020,<br><br>                                  Appellants,<br><br>v.<br><br>MOMENTIVE PERFORMANCE MATERIALS INC., MOMENTIVE PERFORMANCE MATERIALS WORLDWIDE INC., MOMENTIVE PERFORMANCE MATERIALS USA INC., JUNIPER BOND HOLDINGS I LLC, JUNIPER BOND HOLDINGS II LLC, JUNIPER BOND HOLDINGS III LLC, JUNIPER BOND HOLDINGS IV LLC, MOMENTIVE PERFORMANCE MATERIALS QUARTZ, INC., MPM SILICONES, LLC, MOMENTIVE PERFORMANCE MATERIALS SOUTH AMERICA INC., MOMENTIVE PERFORMANCE MATERIALS CHINA SPV INC.,<br><br>                                  Appellees. | Case No. 14-7492 (VB) |

**JOINDER OF AD HOC COMMITTEE OF SECOND LIEN NOTEHOLDERS IN MOTION OF REORGANIZED DEBTORS TO DISMISS APPEALS OF U.S. BANK, BOKF, NA AND WILMINGTON TRUST, N.A. AS EQUITABLY MOOT**

The ad hoc committee of the holders of MPM's Second Lien Notes[2] hereby joins in the *Motion of the Reorganized Debtors to Dismiss Appeals of U.S. Bank, BOKF, NA and Wilmington Trust, N.A. as Equitably Moot* (the "Motion") [Docket No. 18].

---

[2] The current members of the ad hoc committee are listed in the Verified Statement Pursuant to Fed. R. Bankr. P. 2019 filed on May 13, 2014 by Milbank, Tweed Hadley & McCloy LLP in the Reorganized

As explained, and for all the reasons set forth, in the Motion, now that the Plan has been substantially consummated and numerous third parties have relied on the finality of the myriad transactions that have taken place to accomplish the effectiveness of the Plan, granting the relief requested in either Appeal would be grossly inequitable.  Accordingly, each Appeal must be dismissed as equitably moot.

Dated:  New York, New York
        November 11, 2014

        **MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP**

        /s/ Dennis F. Dunne
        Dennis F. Dunne
        Samuel A. Khalil
        1 Chase Manhattan Plaza
        New York, New York 10005-1413
        Telephone:  (212) 530-5000
        Facsimile:  (212) 530-5219
        ddunne@milbank.com
        skhalil@milbank.com

        *Attorneys for Ad Hoc Committee of Second Lien Noteholders*

---

Debtors' chapter 11 cases [Bankr. Dkt. No. 179].  Immediately prior to the Effective Date, such members, together with Apollo, held approximately 90% of MPM's Second Lien Notes.