UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

MPM SILICONES, LLC, et al.

                                              Debtors.

-----------------------------------------------------------X

BOKF, NA, solely as Trustee for the MPM
Escrow LLC and MPM Finance Escrow Corp.
8.875% First Priority Senior Secured Notes due
2020; WILMINGTON TRUST, NATIONAL
ASSOCIATION, solely as Trustee for the
Momentive Performance Materials Inc. 10%
Senior Secured Notes due 2020,

                                    Appellants,                        14 **CIVIL** 7492 (VB)

                                  -against-                            **JUDGMENT**

MOMENTIVE PERFORMANCE MATERIALS :
INC., MOMENTIVE PERFORMANCE :
MATERIALS WORLDWIDE INC., :
MOMENTIVE PERFORMANCE MATERIALS :
USA INC., JUNIPER BOND HOLDINGS I LLC, :
JUNIPER BOND HOLDINGS II LLC, JUNIPER :
BOND HOLDINGS III LLC, JUNIPER BOND :
HOLDINGS IV LLC, MOMENTIVE :
PERFORMANCE MATERIALS QUARTZ, INC., :
MPM SILICONES, LLC, MOMENTIVE :
PERFORMANCE MATERIALS SOUTH :
AMERICA INC., and MOMENTIVE :
PERFORMANCE MATERIALS CHINA SPV :
INC.,
                                    Appellees.

-----------------------------------------------------------X

        Appellants having appealed from Orders of the United States Bankruptcy Court for the

Southern District of New York, and the matter having come before the Honorable Vincent Briccetti,

United States District Judge, and the Court thereafter, on May 4, 2015, having rendered its Memorandum Decision (Doc. #31) affirming the September 9 and September 11, 2014 Orders of the Bankruptcy Court and terminating as moot, Debtors' motions to dismiss the appeals, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision, (Doc. #31) dated May 4, 2015, the Orders of the Bankruptcy Court are hereby affirmed; accordingly, the case is closed.

**Dated:** White Plains, New York
May 5, 2015

_____
RUBY J. KRAJICK
Clerk of Court